# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **TJ SUTTON ENTERPRISES, LLC and SMART FREIGHT FUNDING, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**<br><br>Defendant. | Case Nos. 3:20-cv-0043 |

## ORDER

**BEFORE THE COURT** are the parties' notices stating their respective positions as to whether this matter should be stayed pending disposition of *Citadel Recovery Services, LLC v. T.J. Sutton Enterprises, LLC*, Case No. 2:19-cv-12271 in the Eastern District of Louisiana ("the Louisiana case"). After careful consideration and review and the Court being fully advised in the premises herein, it is hereby

**ORDERED** that this matter shall be **STAYED** pending disposition of *Citadel Recovery Services, LLC v. T.J. Sutton Enterprises, LLC*, Case No. 2:19-cv-12271 in the Eastern District of Louisiana; it is further

**ORDERED** that Plaintiff TJ Sutton shall file a Notice with the Court commencing on **October 15, 2021,** and every 30 days thereafter, informing the Court of the status of the litigation in the Louisiana case.

**Dated:** September 21, 2021          */s/ Robert A. Molloy*
                                                                  **ROBERT A. MOLLOY**
                                                                  **Chief Judge**